STEVE W. BERMAN (admitted *pro hac vice*)
ASHLEY A. BEDE (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*steve@hbsslaw.com*
*ashleyb@hbsslaw.com*

ELAINE T. BYSZEWSKI (SBN 222304)
CHRISTOPHER R. PITOUN (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
*elaine@hbsslaw.com*
*christopherp@hbsslaw.com*

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT HODSDON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARS, INC., a Delaware corporation, and MARS CHOCOLATE NORTH AMERICA LLC, a Delaware company,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:15-cv-04450-RS<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO COINCIDE WITH MOTION TO DISMISS HEARING DATE; [~~PROPOSED~~] ORDER**<br><br>Judge:  Hon. Richard Seeborg<br>Ctrm.:  3 |

JOINT STIPULATION;
[PROPOSED] ORDER
010545-12  825559 V1

1    Pursuant to Local Rules 6-1(b), 6-2(a), and 7-12, plaintiff Robert Hodsdon ("Plaintiff") and
2    defendants Mars, Inc. and Mars Chocolate North America, LLC ("Mars") hereby stipulate to
3    continue the case management conference date from January 7, 2016, at 10:00 a.m., to January 28,
4    2016, at 10:00 a.m., in order to coincide with the hearing date on Mars's motion pursuant to Federal
5    Rule of Civil Procedure 12.
6    WHEREAS, on October 21, 2015, the parties entered into a scheduling stipulation pursuant
7    to Local Rule 6-1(a) by which Mars filed its motion on November 20, 2015, Plaintiff must oppose by
8    December 14, 2015, and Mars must respond by December 23, 2015;
9    WHEREAS, counsel for the parties conferred regarding a mutually convenient date for the
10   hearing on Mars's motion;
11   WHEREAS, Mars noticed the hearing on its motion for January 28, 2016;
12   WHEREAS, in the interests of efficiency and conserving the resources of the parties and the
13   Court, the parties agree that the initial case management conference scheduled for January 7, 2016,
14   shall be continued to coincide with the hearing on Mars's motion;
15   WHEREAS, the new date for the case management conference is not sought for the purposes
16   of unnecessary delay; and
17   WHEREAS, the parties have also agreed on a schedule to complete their Rule 26 obligations;
18   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE:
19   1. The hearing on any motion filed by Mars pursuant to Federal Rule of Civil Procedure 12
20      shall be on January 28, 2016, at 1:30 p.m., or on such other date ordered by the Court;
21   2. The Case Management Conference shall take place on January 28, 2016 at 1:30 p.m., or
22      on such other date ordered by the Court for the hearing on Mars's motion.
23   3. The last day to (i) meet and confer regarding initial disclosures, early settlement, ADR
24      process selection, and discovery plan, (ii) file ADR Certificate and (iii) file either
25      Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be
26      December 18, 2015 (previously December 17, 2015).
27   4. The last day to file the Rule 26(f) report, complete initial disclosures or state objection in
28      Rule 26(f) report, and file the Case Management Statement shall be January 15, 2016

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE         - 1 -
Case No. 3:15-cv-04450-RS

(previously December 31, 2015).

Respectfully submitted,

DATED: November 23, 2015          HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Elaine T. Byszewski*
Elaine T. Byszewski (SBN 222304)
Christopher R. Pitoun (SBN 290235)
301 N. Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
elaine@hbsslaw.com
christopherp@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

By: */s/ Stephen D. Raber*
Stephen D. Raber (State Bar No. 121958)
Joelle S. Perry (State Bar No. 275244)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-mail: sraber@wc.com
E-mail: jperry@wc.com

*Attorneys for Defendants Mars, Inc. and Mars Chocolate North America, LLC*

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the consent of Stephen D. Raber, counsel for Defendants, for the filing of this stipulation.

By: */s/ Elaine T. Byszewski*
Elaine T. Byszewski

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/23/15

_____
The Honorable Richard Seeborg
United States District Judge